PD-0099-15

PD-0099-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/26/2015 11:15:36 AM
Accepted 1/29/2015 1:38:16 PM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

FILED IN
COURT OF CRIMINAL APPEALS

January 29, 2015

ABEL ACOSTA, CLERK

## Alejandro John Garcia

Appellant

v.

## The State of Texas

Appellee

On Appeal from 368th District Court of Williamson County in Case No. 11-216-K368, the Hon. Burt Carnes, Judge Presiding, and the Opinion of the Third Court of Appeals in Case No. 03-12-00781-CR, Delivered December 11, 2014

## Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review

TO THE COURT OF CRIMINAL APPEALS:

COME NOW, David A. Schulman, the undersigned attorney of record for Appellant, Alejandro John Garcia, and respectfully files this "Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review," asking that the Court grant a sixty (60) day extension of time in which the Appellant may either retain the undersigned or other counsel or may file a *pro se* petition for discretionary review, and would show the Court as follows:

## Procedural History

Appellant, Alejandro John Garcia, was charged by indictment with the offenses of aggravated sexual assault of a child, a first

(1st) degree felony (Count I) and Indecency with a Child by Contact (Count II), a second (2nd) degree felony, in Cause No. 11-216-K368 in the 368th District Court of Williamson County, Texas. He was acquitted on Count I and convicted on Count II, and was sentenced to confinement for ten (10) years. Notice of Appeal was timely given on November 20, 2012. The [Court of Appeals opinion](#) from which review is sought was delivered by the Third Court of Appeals for Texas at Austin, in Case No. [03-12-00781-CR](#), which was delivered on December 11, 2014. Motion for rehearing was overruled on January 9, 2015. Petition for discretionary review is timely if filed with the Clerk of the Court or properly addressed and post-marked on or before February 9, 2015.

## Reason Extension Should Be Granted

The undersigned counsel will not be representing Appellant after the filing of this motion. He has mailed, as required by opinions of this Court, a copy of the opinion of the Court below to Appellant. The undersigned believes that Appellant may wish to hire a different attorney to file a petition for discretionary review (PDR), or file a *pro se* PDR. In either case, either Appellant or replacement counsel will have to obtain and review the record in order to prepare and file a PDR. The undersigned believes that

there is insufficient time between now and February 9, 2015, to accomplish those goals. Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time requested in this motion.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Honorable Court will grant Appellant an additional sixty (60) day extension of time, until April 10, 2015, or such time as set by the Court, in which to retain an attorney to file a PDR or file a *pro se* PDR.  The undersigned will notify Appellant of the Court's  decision.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
Post Office Box 783
Austin, Texas 78767-0783
Tel. 512-474-4747
Fax: 512-532-6282
zdrdavida@davidschulman.com

State Bar Card No. 17833400

Attorney of Record for Appellant

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 519 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on January 26, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time to Retain Counsel or File Pro Se Petition of Discretionary Review" was transmitted via the eService function on the State's eFiling portal, to John Prezas (jprezas@wilco.org), counsel for the State of Texas.

_____
**David A. Schulman**